UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID OLSON, AND AUTUM KOSTELECKY, SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND SNOHOMISH COUNTY RISK MANAGEMENT, SUED IN THEIR OFFICAL CAPACITIES,<br><br>　　　　　　　Defendants. | NO.<br><br>NOTICE OF REMOVAL |

COMES NOW defendant Snohomish County Risk Management and alleges as follows:

　　　1. On April 16, 2021 the Summons and Complaint were filed in Snohomish County Superior Court under Snohomish County Cause No. 21-2-01793-31. On May 26, 2021, a copy of the Summons and Complaint were received by Snohomish County Risk Management. A true and correct copy of the Complaint is attached to this Notice of Removal as Exhibit A.

NOTICE OF REMOVAL - 1

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

2. The Complaint alleges Defendants violated Plaintiff of rights protected by the Constitution and federal law. This Court has federal question jurisdiction over such claims pursuant to 28 U.S.C. §1331, and supplemental jurisdiction over related claims under 28 U.S.C. §1367. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

3. This notice is filed with this court within 30 days after defendant's receipt of the initial pleading setting forth a claim arising under federal law. Defendant Snohomish County Risk Management was not properly served prior to the time of filing this Notice of Removal. With this Notice, all Defendants consent to the removal of this action.

4. The attached Complaint constitutes all pleadings, process and orders in this action. No motions are pending in the Snohomish County Superior Court.

5. Intradistrict Assignment. Defendants Snohomish County Risk Management and Autumn Kostelecky reside and/or have their principal place of business in Snohomish County. Moreover, the alleged events or omissions giving rise to Plaintiff's claims occurred in Snohomish County. Accordingly, Intradistrict Assignment is appropriate in the Seattle Division of the Court, pursuant to LCR 3(d). *See also* LCR 101(e).

WHEREFORE, defendants request that the above-entitled action be removed from the Superior Court of the State of Washington in and for the County of Snohomish to this court.

//

//

//

NOTICE OF REMOVAL - 2

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this 10th day of June, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney


By: */s/ Kelsey L. O'Neal*
KELSEY L. O'NEAL WSBA #51430
Deputy Prosecuting Attorney
Snohomish County Prosecuting Attorney - Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, Washington 98201-4060
Phone: (425) 388-6330   Fax: (425) 388-6333
Email: koneal@snoco.org
*Attorney for Defendant Snohomish County Risk Management*

NOTICE OF REMOVAL - 3

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

**DECLARATION OF SERVICE**

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be served a true and correct copy of the foregoing document upon the person(s) listed by the method(s) indicated:

| | |
|---|---|
| Warren E. Bell<br>8810 John Dower Rd SW, Apt. 14<br>Lakewood, WA  98499<br>Wbell102@gmail.com<br>*Pro se Plaintiff* | ☐ E-filed via CM/ECF<br>☐ Facsimile:<br>☒ Email<br>☒ U.S. Mail<br>☐ Messenger Service |
| Jennifer M. Smitrovich<br>Emory C. Wogenstahl<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA  98104<br>jennifers@favros.com<br>emory@favros.com<br>*Attorneys for Autumn Kostelecky* | ☒ E-filed via CM/ECF<br>☐ Facsimile:<br>☐ Email<br>☐ U.S. Mail<br>☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 10th day of June, 2021.

*s/Teresa Kranz*_____
Teresa Kranz, Legal Assistant

NOTICE OF REMOVAL - 4

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333