# EXHIBIT A

21-2-01793-31
CMP          3
Complaint
10135850

FILED

2021 APR 16  PM 4: 16

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

## IN THE SUPERIOR COURT STATE OF WASHINGTON

## IN AND FOR THE COUNTY OF SNOHOMISH

21 2 01793 31

| |
|---|
| WARREN E. BELL, |
|       Plaintiff, |
| |
|       VS. |
| DAVID OLSON, AND AUTUM |
| KOSTELECKY, SUED IN THEIR |
| INDIVIDUAL AND OFFICIAL |
| CAPACITIES; AND SNOHOMISH |
| COUNTY RISK MANAGEMENT |
| SUED IN THEIR OFFICIAL |
| CAPACITIES. |
|       Defendants. |

CASE NO. _____
PLAINTIFF'S VERIFIED 42 U.S.C. SEC.
1983 COMPLAINT,* AND A CHALLENGE
TO SNOHOMISH COUNTY TORT CLAIM
DECISION, RCW 4.96, AND AN OFFICIAL
MISCONDUCT COMPLAINT RCW 9A.08
.010,* SNOHOMISH COUNTY
( TRIABLE BY A JURY )

## I. PRELIMINARY STATEMENT : ( FALSELY ARRESTED ) .

1.1 On January 20, 2020, I was Arrested for Suspicion of : DRIVING WHILE/
LICENSE SUSPENDED ( REVOKED ); DRIVING W/O IGNITION INTERLOCK
AND OPERATING A MOTOR VEHICLE W/O INSURANCE.

1.2 I was transported to the Snohomish County City of Everett Jail
And *Booked in to jail.* by officer Mr. David Olson ( Badge No. 1065 ).
My freedom, (Liberty ), was taken unlawfully from me for a crime
Alleged to have been committed based on facts submitted from the

1.

Department of Licensing ( DOL). The (DOL) had information showing
That I had a suspended driver's License, But also showing that I had
A Valid " Temporary Restricted Driver's License, To any one who
Needed to know. Also I had a valid ignition interlock with valid
Insurance. Therefore, the arrest by Mr. Olson was unlawful which
Further resulted in a chain of physical harm to me and events
Where I also incurred financial hardship by having to retrieve my
Vehicle from the City Impound, which cost me an amount to pay
That I could not afford, So I had to borrow the amount to retrieve
My vehicle, ( Truck ). Leaving me in debt.

## MEDICAL

1.3 On 01/20/2020, following the arrest and during a Medical Check,
I was complaining of Chest Pains, Nausea, Headache, and difficulty
In breathing The jail booking staff referred me to the Jail's
Medical Staff, Ms. Autumn Kostelecky, ( Nurse ). I disclosed to her
That I was on Various Prescribed Medications due to Elevated
" Hypertension." My vital signs were extremely high ( critical level )
There was Multiple Warning that I was Seriously ill and in need
Of immediate Medical Care.

1.4 The Snohomish County Jail's Medical Observation Service Staff
And Nurse Ms. Kostelecky who is responsible to monitor inmates
Health ignored my serious medical condition and needs.

1.5 This Nurse Intentionally refrained from preforming her duties,
Imposed upon her by law. ( deliberate negligence ). I suffered
Servere pain, while and during an unlawful arrest. (Deliberate
Indifference ) and a Violation of Official Misconduct RCW 9A.08.
010 by both Mr. Olson and Ms. Kostelecky Snohomish County
Employee's, both while under the color of law, and performing
Their duties outside of their Authority of Law. I should not have
Been arrested in the first place. ( False Arrest ).

2.

## II.  JURISDICTION/VENUE

2.1  This Court has Jurisdiction, and Venue is Proper in this Superior
Court, This incident occurred in the County of Snohomish and in
the City of Everett, RCW 36.01.050 .

2.2  This Court also has Concurrent Jurisdiction with the United States
Federal District Courts of Washington State to hear any 42 U.S.C.
Sec. 1983 Civil Rights Complaints. 28. U.S.C. sec 1343.

2.3  The claims for Civil Right Violations State Law Violations and Claims
Challenging the Snohomish County Tort Claim. Decision. RCW 4.96.et.Seq..

## III.  PARTIES

3.1  Plaintiff, Mr. WARREN E. BELL, is at all time in this Civil Action, resides
At: 8810 John Dower rd. S.W. #14 Lakewood, WA 98499, Phone No.
253-478 0000.

3.2  Defendant, Mr. David Olson is a Snohomish County Officer ( Badge No
1065), at 3000 Rockefeller Ave. MS 508, Everett, WA 98201-4046. He is
Being Sued in his Individual and Official Capacities at all time mentioned
Here in.

3.3  Defendant, Ms. Autumn Kostelecky, is a nurse for the Snohomish
County Jail, at : 3025 Oakes Avenue Everett, WA 98201, is being
Sued in her Official and Individual Capacities at all times
Mentioned herein.

3.4  Defendant, Snohomish County Jail, is Sued in it's Official
Capacities at all times herein:

3.5  Defendant, Snohomish County Risk Management at : 3000 Rockefeller
Ave, M/S 610, Everett, WA 98201-4046, is Sued in it's Official
Capacities.

3.

## IV.  STATEMENT OF THE TRUE FACTS :

**Chronological Order of Events:**

4.1  Arresting Officer Mr. David Olson, On January 20, 2020, I was unlawfully arrested by Mr. David Olson, a Washington State Police Officer, who stopped me in my Vehicle, (Truck) for " Equipment Failure", ( Tail-Lights ) in the City of Everett. He initiated a check of ( DOL ), and found my Driver's License were Suspended, However I had a Valid " Operator Restricted License ( ORL ). I also had Valid Car Insurance at the time, and a Valid Ignition Interlock. I showed these valid Documents to Mr. Olson, he ignored me and my Documentations, I was Unwilling to be Detained or Arrested, because I was showing him my Valid Papers, and I had no Warrants for my Arrest.

4.2  I suffered harm and loss of Liberty as a result of falsely being Arrested by Officer Olson and Nurse Kostelecky, Snohomish, County Official's and Medical Personnel, in their Individual and Official Capacities. ( U.S. Federal Constitution 4th Amendment).

4.3 These act's also Constitute  Violation's of my  Washington State Constitution's Article I. Sec 3 ( Liberty ) Without Due Process of Law, and Article I, Sec  14 ( Nor Cruel Punishment Inflicted ), and Violation's of the United States Federal Constitution's Fifth Amendment, ( Nor be deprived Of Liberty, or Property, without Due Process of Law), and  U.S. Federal Constitution  Fourteenth  Amendment ( Nor Shall any State Deprive any person Of : Liberty, or Property, Without Due Process of Law).

4.

## V. MEDICAL EMERGENCY

MEDICAL STAFF NURSE AUTUMN KOSTELECKY ,AND SNOHOMISH COUNTY
MEDICAL

5.1 On January 20, 2020, following the arrest and after a Medical Check
By Nurse Autumn Kostelecky, I was experiencing Nausea, Severe Headache,
Chest pain, and difficulty breathing due to Elevated High Blood Pressure
( 176 /113), My vital signs were extremely high at a critical level. I was
Diagnosed incorrectly as ( lightly Stressed ), When if correctly diagnosed
It would have read ( Critically Stressed out). Nurse Kostelecky looked at
My records " Patient History" and ignored most of what I was saying,
Along with a sundry list of associated Medical Conditions. (Deliberately
Indifferent).

5.2  There were Multiple Warning Signs, that I was gravely ill. I was
Medically Fragile, Vulnerable and completely under Snohomish County
Jail Medical Staff. I suffered through a culture of indifference from the
Correctional and Medical Personnel. I suffered through out the night,
While at the Snohomish County Jail.

5.3  Due to the false arrest where No Probable Cause existed, I suffered
A near death, Heart-Attack, or a Severe and Painful Stroke, my Life was in
Peril.
5.4  Nurse Kostelecky did not identify me as an inmate whose life
"could be at risk." Ms. Kostelecky " Ignored" my deteriorating condition
Failed to consult with more experienced Medical Staff regarding my
Worsening Condition. See: 18.130.400.

5.5  Her actions are a violation of my Civil Rights, for being denied
Basic Prescribed Medicine. I had a lack of energy, difficulty in making
Decisions, Intense Mental Activity, High Degree of Pain. My life was
In Peril, I had a near Hearth-Attack or Stroke.

5.

5.6  Nurse Autumn Kostelecky, her willful neglect to perform her duty Was a gross act, She Medically cleared me of " No Observed Medical Problems" after noting that I was showing signs of Stress, Chest Pain, High Blood Pressure, Migraine, Seizures "ect..,

5.7  Ms. Kostelecky, committed a willful neglect to perform a duty upon her imposed by law. SEE RCW 42.20.100. ~

5.8  Mr. Olson, had no reasonable grounds to arrest, Probable Cause was Clearly lacking for the Arrest. Officer Olson acted with reckless disregard Of Plaintiff's rights and is therefore liable for damages under 42 U.S.C. Sec.1983. **SEE: WA. Const. Article I, Sec. 7  ( Private Affairs ) U.S Const. Amendment 4 ( Seizure ).**

5.9  Mr. Olson, presented false information to the Prosecutor's Office, and knowingly withheld related and relevant information from the prosecutors Which would have shown that the (DOL) also had issued a Valid Temporary Restricted Driver's License. Mr. Bell, also had an up to date Ignition Interlock, and valid Insurance to drive, documents of being legitimate not In the wrong or in anyway against the laws of Washington. Municipal Liability, (Deceptive) (Judicial- Deception).

5.10  The County of Snohomish had failed to properly train Officer Olson, Mr. Olson, assumed he could arrest Plaintiff, and Intentionally Ignore and Disregard all factor's mentioned ( Innocence ) at the time ( other documents) Therefore this is a Municipal Policy, Practice, and Custom or Widespread Municipal Custom that caused the false arrest and unlawful imprisonment. Clearly Snohomish County is liable.

6.

## VI. SNOHOMISH COUNTY TORT CLAIM DECISION

6.1   Washington State, ( Specifically- Snohomish County ) Provides a post Deprivation remedy to resolve claims filed for damages by it's agent's And agencies. Per RCW 4.96. et.Seq.

6.2   Plaintiff was denied a remedy for the claim's against Snohomish County. Plaintiff clearly provided facts and violations of his Civil Right's and Laws and still the County of Snohomish refused to compensate this Plaintiff for the claims. This warrants a challenge of the Counties Tort Claim Decision. Under the law of the State, the Post-deprivation remedy Is faulty and unlawful and unfair. Clearly this is a Violation of Rights Given to it's State Citizens, for the loss and compensation an inadequate Remedy of law.

## VII. CLAIMS FOR RELIEF FOR THE CAUSE OF ACTION

### 7.1  False Arrest/False Imprisonment:

Plaintiff Mr. Warren E. Bell  was arrested on January 20,2020. Because Defendant, Officer David Olson, Did not consider whether there was a Need to arrest plaintiff, rather than consider his own convenience. No Other alternatives had been considered. Officer Olson, Washington State, Tow/Impound and Inventory Record, states: **{Driver Arrested for DWLS 2nd and no Ignition Interlock. No Reasonable Alternative}.** False imprisonment occurred, interfering with my freedom of movement. Plaintiff had, and  has a valid Washington State [ ORL] License. Charges were dismissed against Plaintiff by the District Court Under case Cause No. **960A20D WSP CT**.

7.

## 7.2  Medical Emergency

I needed immediately Hospitalized, I had Pain in my Chest,
Hyper-tension, I had lack of Energy, I had Difficulty Breathing, Difficulty
Keeping track of my emotions, ( Emotions is any conscious experience
Characterized by intense mental activity and a high degree of pleasure
Or displeasure. Scientific discourse has drifted to other meanings and
there is no  consensus on a definition). Due to the False Arrest that cause
me a near  Heart-attack or Stroke,**" My Life was in Peril" This constitutes
Violation of: My Washington State's Constitutional Rights of: Art. 1,
Sec 3, (no person Shall be deprived of Life, or Property, Without  Due
of  Law); Art 1, Sec 14, (Nor cruel punishments inflicted);.**

**7.3** This goes beyond  False Imprisonment, intentional infliction of Mental
Destress, the right of this Plaintiff, to be secure in my persons and effects.
the unequal treatment,, my rights to be treated equally to other similarly
situation individuals. Within  the jurisdiction, and  equal protection of the
Laws. I then had to endure several State and U.S. Federal Constitutional
Rights violations from County and Medical Agencies, and those individuals
who are defendant's, sued here in their Individual and Official Capacities
in this cause of action, under the U.S. Federal Constitution 5 Amendment,
Life, Liberty, or Property, without Due Process of Law.

### VIII. RELIFE REQUESTED

## 8.1  False Arrest/ False Imprisonment.

Officer, David Olson initiated a Wrongful Arrest for, Second
Degree Driving While License Suspended/ Revoked, Driving Without
Ignition Interlock and Operation Motor Vehicle Without Insurance.
And because of those allegation, it set in motion an unlawful arrest,
And violations of my civil rights. The Plaintiff, Warren E. Bell, states
Here why he is entitle to the following **{100,000.00 } thousands dollars.**
From Officer, David Olson as stated in the Facts, and Claims for Relief
In this Complaint, cause of Action.

**8.**

## 8.2  Jail Medical Emergency

The Plaintiff, Mr. Warren E. Bell, states here why he is entitle to the following Awards: {**$250.000.00 dollars}** from Everett County Jail Medical Staff **{ Nurse Autumn  Kostelecky** }, Everett  Jail  Medical  Healthcare,  Providers, who  provide neglect  Inadequate  medical care to Plaintiff, in its Medical Unit, there wilful neglect to perform their duty under Policy and Color of Law as stated in the Facts and Claims for Relief.


## 8.3  Additional Awards

Any Fines and Cost and Awards as the Court see fit, The actions of all defendants claimed herein is a claim of the violation of plaintiff's Constitution Protected Rights, Plaintiff's, Washington State Rights.

**8.4**  Plaintiff  respectfully  request  **$100,000.00** from  the  County  of Snohomish  for  failing  to  train  Officer  David  Olson. ( Municipal Liability).- (unlawful  to  arrest  an  innocent  person  knowingly, No  crime  is  committed, No  Probable  Cause  Warranting, and Deception – Providing  the  Prosecutor  false  information  to Criminally Charge and Pursue, of  an  Innocent  Person).

**8.5**  Plaintiff  respectfully  requests  **$2,500.00** from  the  County  of Snohomish  for  providing  an  inadequate  post-deprivation Investigation  which  deliberately ignores  true  facts  of  loss or Damage's  and  intentionally  denies  any  and  all  compensation.

9.

## IX.  CONCLUSION

**9.1**   Plaintiff alleged in this Civil Suit that undisputable facts of each
Defendant, violated his Constitutional Civil Rights. The facts of this
case can not be disputed. The County of  Snohomish was given a
Proper Opportunity to settle this matter prior to this litigation. Now
a Trial by jury is most appropriate in this matter if the defendant's
continue to refuse to resolve this case for **$350.000.00**, Or a Motion
for Summary Judgment will determine the case.

## X. VERIFICATION

**10:   I, Mr. WARREN E. BELL, Certifie here under Oath, under Penalty
of Perjury and to the laws of the State of Washington, that the
aforemention is true and correct to the best of my Knowledge.
RCW 9A.72.085, and 28 U.S.C.` 1746.**

**Signed at : County of Pierce , State of Washington
98201. Dated:** *04 - 09 -* _____ , **2021**

**WARREN E. BELL
8810 JOHN DOWER rd APT 14
LAKEWOOD, WA 98499
PHONE NO. 253-478-0000**

**10.**

## CERTIFICATE OF SERVICE

## AFFIDAVIT OF PERSONAL SERVICE

I, _____, certify that on the below date, I cause the foregoing to be delivered:

**SUMMONS  AND  COMPLAINT,**

A true and correct copy to be served on the following parties in the matter indicated.

Defendant: **David Olson [ Officer WSP Badge # 1065 ].**
**Serving Snohomish County WA. Located at: 3000 Rockefeller Ave. MS 508 Everett WA 98201- 4046.**

Defendant: **Ms. Autumn Kostelecky, { NURSE }**
**Serving  Snohomish County Jail Corrections Located at: 3025 Oakes Avenue Everett WA 98201**

Defendant: **Risk Management Division 3000 Rockefeller Ave. M/S 610 Everett, WA 98201**

**I  declare under penalty of perjury that the above is  true and  correct. RCW 9A.72.085, U.S.C. sec. 1746.**

Executed  on  this dated . _____, 2021

(Signature)".  _____

**Warren E. Bell**
**8810 John Dower rd. Apt.14**          **November 20, 2020**
**Lakewood, WA 98499**

**Snohomish County**
**Risk Management Division**
**3000 Rockefeller Ave, M/S 610**
**Everett, WA 98201**
**Ph. (425) 388-3726**

RE: Claim For Damages Form
    Date of Loss: 01/20/2020

Dear  Ms. Tracie O'Neill:

This notice is to confirm I completed a Claim for Damages, with supporting
Documents.

I have not been assigned or acknowledges from your officer, Risk Management
Division a Receipt, in accordance with the claims for damages form, submitted
06 /20/2020.

The office of the chief clerk has received the claims. And has not provided a
Reasonable, estimate of the time the agency, will require to response to the
claim, or given a claim filing number, and respond in one of the ways provided.

If a denial is  Suspected, a written statement of the specific reasons must  be
Accompanied by a written statement.

Prompt responses required.

*Warren E. Bell*
Warren E. Bell