UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN E. BELL,

        Plaintiff,

   v.

DAVID OLSON, et al.,

        Defendant.

Case No. C21-781-JCC-SKV

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

    Plaintiff's Motion for Extension of Time to File Objections, Dkt. 34, to the pending Report and Recommendation, Dkt. 32, is GRANTED.  Plaintiff may file objections on or before **January 6, 2022**.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the Report and Recommendation will be ready for consideration by the District Judge on **January 7, 2022**.

    Dated this 23rd day of December, 2021.

        Ravi Subramanian
        Clerk of Court

        By: Kadya Peter
        Deputy Clerk

MINUTE ORDER - 1