THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL, | CASE NO. CR21-0781-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID OLSON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Presently before the Court are Plaintiff's objections to the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge. (Dkt No. 40.) In the R&R, Judge Vaughan recommends that the Court grant Defendants' motion to dismiss Plaintiff's complaint. (*See* Dkt. No. 32.) Plaintiff has since moved for leave to amend the complaint (Dkt. No. 41). If the Court were to grant this motion, Defendants' motion to dismiss would be mooted. Accordingly, the Court STAYS consideration of Plaintiff's objections to Judge Vaughan's R&R until it considers Plaintiff's motion for leave to amend its complaint.

//

//

MINUTE ORDER
CR21-0781-JCC
PAGE - 1

DATED this 21st day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
