THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL, | CASE NO. C21-0781-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID OLSON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously stayed consideration of Plaintiff's objections to the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, pending a decision from Judge Vaughan on Plaintiff's motion to amend his complaint. (*See* Dkt. No. 45.) On February 2, 2022 Judge Vaughan issued her decision, denying the motion to amend. Plaintiff's objections to the R&R are therefore ripe for this Court's consideration. The Clerk is DIRECTED to vacate the stay and renote Plaintiff's objections (Dkt. No. 40) to February 2, 2022.

//
//
//

MINUTE ORDER
C21-0781-JCC
PAGE - 1

DATED this 4th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk