THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL, | CASE NO. C21-0781-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID OLSON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion (Dkt. No. 51) to extend the deadline to lodge objections to the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 49). Finding good cause, the motion is GRANTED. Plaintiff's objections are due no later than March 18, 2022.

The Clerk is DIRECTED to (a) renote the R&R to March 18, 2022 and (b) provide a copy of this Order to Plaintiff. Defendant Autumn Kostelecky's response to such objections by Plaintiff, if so lodged, is due 21 days after the objections are filed, rather than the 14 days normally provided by LCR 72(b).

//

//

MINUTE ORDER
C21-0781-JCC
PAGE - 1

DATED this 1st day of March 2022.

                                      RAVI SUBRAMANIAN
                                      Clerk of Court

                                      /s/ *Sandra Rawski*
                                      Deputy Clerk