THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN E. BELL,

                Plaintiff,

      v.

DAVID OLSON, *et al.*,

                Defendants.

CASE NO. C21-0781-JCC

ORDER

Having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, to which no timely objection[1] has been made, and the remaining record, the Court ORDERS as follows:

    (1)    The Court APPROVES and ADOPTS the R&R (Dkt. No. 49).

    (2)    Defendant Autumn Kostelecky's Motion for Summary Judgment (Dkt. No. 28) is GRANTED and Plaintiff's claims against Ms. Kostelecky are DISMISSED with prejudice.

    (3)    The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Vaughan.

---

[1] Plaintiff lodged an impermissible Rule 72(a) objection (Dkt. No. 54) to Judge Vaughan's order denying his motion to amend his complaint (Dkt. No. 46). In its electronic filing system, the Court initially coded this filing as an objection to the R&R (Dkt. No. 49). But a closer review revealed that the objection is to Judge Vaughan's earlier ruling (Dkt. No. 46).

1

DATED this 30th day of March 2022.

2

3

4

John C. Coughenour
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C21-0781-JCC-SKV
PAGE - 2