UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN E. BELL,

          Plaintiff,

   v.

DAVID OLSON, et al.,

          Defendants.

Case No. C21-781-JCC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Considering Defendant David Olson's Motion for Relief from Mediation Deadline, Dkt. 67, Plaintiff's opposition to that motion, Dkt. 69, and the remainder of the record, the Court finds good cause for extending the May 26, 2022 mediation deadline until after the Court's resolution of Defendant's pending dispositive motion. Defendant's motion for relief, Dkt. 67, is GRANTED and the Court will, as needed, re-set the mediation deadline at a later date.

Dated this 10th day of May, 2022.

                                      Ravi Subramanian
                                      Clerk of Court

                                      By: Stefanie Prather
                                          Deputy Clerk

MINUTE ORDER - 1